Societe Francaise des Films et Cinematographes "Eclair," Respondent, v. Pine Holding Corporation and Others, Impleaded with Frederick C. Rawolle and Others, Appellants.— Order affirmed, with ten costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs in this court and in the court below. No opinion. Present— Clarke, P. J., McLaughlin, Scott, Dowling and Davis, JJ.